UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROGER A. GRIGGS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 3:15-cv-00335-JPG-DGW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision, it is hereby **ORDERED AND ADJUDGED** that the claim against the defendant for negligence pursuant to the Federal Tort Claims Act is **dismissed with prejudice**. It is further **ORDERED AND ADJUDGED** that judgment is entered in favor of the defendant United States of America and against plaintiff Roger A. Griggs for his claim of negligence pursuant to the Federal Tort Claims Act.

**Dated: October 18, 2017**

                                           **JUSTINE FLANAGAN,**
                                           **Acting Clerk of Court**

                                           **BY:** *s/Tina Gray*
                                                   **Deputy Clerk**

**Approved:**
*s/ J. Phil Gilbert*
**J. PHIL GILBERT**
**U.S. District Judge**